UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:02-cv-0085-T-17MSS

DONALD WILLIAMS,

    Plaintiff,

vs.

HARTFORD LIFE AND ACCIDENT
INSURANCE COMPANY, and
LANDAMERICA FINANCIAL
GROUP, INC.,

    Defendants.
_____/

### ORDER ON JOINT MOTION FOR SUBSTITUTION OF COUNSEL
(DKT. 39)

This matter came on before the Court on the Joint Motion for Substitution of Counsel and having reviewed the Joint Motion and being otherwise advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Joint Motion for Substitution of Counsel is hereby granted. The law firm of Shutts & Bowen LLP is substituted for the law firm of Gallwey Gillman Curtis & Vento, P.A. and Gallwey Gillman Curtis & Vento, P.A. is hereby relieved of further responsibility in this action.

DONE AND ORDERED at Tampa, Hillsborough County, Florida, this 25th day of APRIL, 2005.

U.S. DISTRICT COURT JUDGE
ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

copies furnished to:

William J. Gallwey, III, Esq., 201 S. Biscayne Blvd., #1500, Miami, FL 33131 (fax: 305-347-7839)
Edward A. Doskey, Esq., 3816 W. Linebaugh Avenue, # 412, Tampa, FL (fax: 813-265-1752)
Paul E. Parrish, Esquire, 100 North Tampa Street, #4100, Tampa, FL 33602 (fax: 813-229-0134)