```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
```

DONALD WILLIAMS,

      Plaintiff,

v.                                    CASE NO.  8:02-CV-85-T-17TBM

HARTFORD LIFE AND
ACCIDENT INSURANCE
COMPANY, and
LANDAMERICA FINANCIAL
GROUP, INC.,

      Defendants.
_____/

DONALD WILLIAMS,

      Plaintiff,

vs.                                   CASE NO. 8:02-CV-2005-T-17TBM

LANDAMERICA FINANCIAL
GROUP, INC.,

      Defendant.
_____/


                                ORDER

    This cause is before the Court on:

    Dkt. 88   Notice

    Plaintiff Williams has notified the Court that Plaintiff's claim against Defendant LandAmerica Financial Group, Inc. was resolved in Defendant's Chapter 11 proceedings.  The Court will therefore dismiss Count IV in Case No. 8:02-CV-85-T-17TBM with prejudice, and will dismiss Case No. 8:02-CV-2005-T-17TBM,

Case No. 8:02-CV-85-T-17TBM
Case No. 8:02-CV-2005-T-17TBM

Plaintiff's claim under the Florida Civil Rights Act, with prejudice.  Accordingly, it is

**ORDERED** that Count IV in Case No. 8:02-CV-85-T-17TBM is **dismissed** with prejudice, and Case No. 8:02-CV-2005-T-17TBM is **dismissed** with prejudice.  The Clerk of Court shall close both cases and terminate any pending motions.

**DONE and ORDERED** in Chambers, in Tampa, Florida on this 25th day of February, 2010.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record